DECLARATION OF KATHRYNNE SEIDEN

I, Kathrynne Seiden, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California. I am one of the AUSAs assigned to represent the government in United States v. Tran, CR No. 23-98-GW.

2. Attached as Exhibit 1 is a true and correct copy of a redacted email produced at USAO_00000254.

3. Attached as Exhibit 2 is a true and correct copy of a redacted excerpt from a police report produced at USAO_00000271-280.

4. Attached as Exhibit 3 is a true and correct copy of a redacted excerpt from a police report produced at USAO_00016758-759.

5. Attached as Exhibit 4 is a true and correct copy of redacted criminal history records produced at USAO_00000005-7.

6. Attached as Exhibit 5 is a true and correct copy of redacted excerpts of records produced at USAO_00016400-456.

7. Attached as Exhibit 6 is a true and correct copy of redacted communications to and about defendant Jaime Tran produced at USAO_00016804-806 and USAO_00016868.

8. Attached as Exhibit 7 is a true and correct copy of redacted screen shots of Jaime Tran's social media, emails, and text messages produced at USAO_00000170-181.

9. Attached as Exhibit 8 is a true and correct copy of redacted excerpts from a police report produced at USAO_00000450-490.

10. Attached as Exhibit 9 is a true and correct copy of an FBI Report produced at USAO_00016224.

11. Attached as Exhibit 10 is a true and correct copy of an FBI Report produced at USAO_00016383-384.

12. Attached as Exhibit 11 is a true and correct copy of an FBI Report produced at USAO_00000873-874.

13. Attached as Exhibit 12 is a true and correct copy of an FBI Report produced at USAO_035194-195.

14. Attached as Exhibit 13 is a true and correct copy of a victim impact statement provided by Victim 2.

15. Attached as Exhibit 14 is a true and correct copy of photographs produced at USAO_035196.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on July 30 2024.

                                        */s/ Kathrynne Seiden*
                                        KATHRYNNE SEIDEN
                                        Assistant United States Attorney