# Exhibit 1

REPORTED FOR AGGRESSIVE BEHAVIOR

**From:** ████████ A████
**Sent:** Friday, February 2, 2018 4:54 PM
**To:** ████████
**Subject:** RE: Jaime Tran

████

Just wanted to make sure you are aware of this incident.

I just had officer ████████ from the Campus Security Office stop by to inform me that he received a call of someone being aggressive while yelling on the phone and throwing a chair on its side. Officer ████ did not witness the incident, however, took the call and upon arriving to the scene others identified Jaime as the disgruntle person.

Officer ████ notice Jaime had his badge on jotted down his name and approached him as protocol "well-being check" and concluded that Jaime was simply upset.

I asked Officer ████ if he could ID Jaime from the class composite to ensure it was the student he spoke to.

Officer ████ will be submitting a report to his boss which he will cc' me on.


Best,
████████
Director of Student Services | ████ School of Dentistry
████████████████

Connect with us at Facebook, Twitter, and Instagram.
████████████

USAO_00000254

**Exhibit 2**

# REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| ██ *Police Department* | | |
| Victim | Offense | Date / Time Reported |
| | *TMU INVESTIGATION* | *Wed 02/28/2018 01:12* |

<mark>THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY</mark>

**SOURCE OF ACTIVITY:**

On 2/28/18 my partner Officer ██ #363 and I, Officer ██ #388 were police officers working for the ██ Police Department. We were assigned to patrol the ██ campus, affiliated properties and surrounding areas. We were dressed in a regulation uniform, while driving a marked patrol unit (unit 96). At approximately 0200 hours my partner and I responded to ██ regarding a welfare check of a ██ student. Officer ██ #334 was also on scene.

On the same date at approximately 0115 hours, ██ Dispatch received a call from ██ a ██ Crisis Counselor. ██ advised she recently spoke with a ██ student in crisis who she believed to be experiencing increased paranoia regarding Persian students at ██ advised the student (Jamie Tran), has called the crisis line several times over the last month and each call he has presented to be more paranoid than the last. ██ said Tran told her that Persian students at ██ are harassing him and that the main harasser is a female Persian who is in Tran`s dental lab class at ██ According to ██ Tran told her that he did not plan to harm anyone, but referred to his harasser as an "ugly bitch" and said "God shouldn`t have made them…they [Persians] are an evil race."

As a result of her conversation with Tran, ██ requested a follow-up interview and welfare check be conducted with Tran, who was at his residence ██

**STATEMENTS:**

At approximately 0220 hours Officers ██, ██ and myself met with Tran in the lobby area of his apartment building. I explained to Tran the reason for our visit and asked him about his conversation with ██ Tran told me the following in summary:

Tran is a ██ Dental student, and periodically over the past year has been harassed and followed by a small group of Persian students who are also part of the ██ Dental program. The Persian group consists of about six people, most of which are female. Tran said the group of females "torment" him every couple of months and he is tired of it. Tran said he feels resentment toward the females and wants to be left alone. Tran said the females sit behind him in class and deliberately kick his chair, whisper about him constantly, give him "evil stares" and on occasion have followed him in the library on campus. Tran feels severe mental anguish behind the female`s behavior and has reported their behavior to his department officials. Tran said that as a result of this, one of the females was issued a no contact letter by the university.
Tran is diagnosed with depression and routinely takes medication to treat his symptoms. Prior to being on medication Tran felt hopeless, but reports that speaking with the ██ staff and taking his medication regularly helps him with his frustrations.

Tran provided me with the following names of students in his class who are harassing him:
1. S██ S██ (Tran said he has a no contact contract with this person).
2. S██ Z██
3. M██ M██

Tran said that since S██ has the no contact contract with him, she is now delegating other females within their peer group to harass Tran instead.

Tran has no intention of harming anyone, but did say he wanted to "hurt" the females in his class. When I asked Tran to explain what he meant he said he is not a "physical guy," and that he merely wants to make them feel how they

---

USAO_00000274

## REPORTING OFFICER NARRATIVE

| ███ *Police Department* | | OCA ███ |
|---|---|---|
| Victim | Offense<br>*TMU INVESTIGATION* | Date / Time Reported<br>*Wed 02/28/2018 01:12* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

make him feel. Tran said he wants to give them evil looks and ultimately cause them the same mental torment and anguish he has felt over the past year. Tran said he has no intention of carrying out his desire to "hurt" the females in his class in the ways he described and that he merely wants to be left alone.

Tran had no plan to physically harm himself, or anyone else. Tran advised he has two appointments with ███ counselors on Wednesday 2/28/18 at 1300 and 1600 hours.

RECOMMENDATIONS:

After my conversation with Tran, I formed the opinion he did not meet the criteria for 5150 WIC for the following reasons:

- Tran has been dealing with these emotional issues off and on for one year and has not acted out
- Tran had no plan to harm himself or anyone else
- Tran proved to have good insight into his feelings and made two separate counseling appointments on his own
- Tran routinely takes his medication
- Tran admitted he only wished to cause his harassers mental harm

ADDITIONAL:

I set up a time to speak with Tran over the phone on 2/28/18 at the end of the day to follow up with him regarding his appointments with ███ staff.
Tran was run through both AFS and MHFPS and returned with no weapons listed to him and has no weapon prohibition listed.

| Reporting Officer: ███ *L.*<br>*R_CS3NC* | Printed By: ███ ITS-TEST  02/16/2023 15:15 | Page 5 |
|---|---|---|

**CASE SUPPLEMENTAL REPORT**

Printed: 02/16/2023  15:15

███ *Police Department*

OCA : **180426**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OTHER*          **Case Mng Status:** *NON-CRIMINAL MATTER*     **Occured:** *02/28/2018*

**Offense:** *TMU INVESTIGATION*

| | | | |
|---|---|---|---|
| **Investigator:** | ███ *(66969)* | **Date / Time:** | *04/17/2018 18:40:26, Tuesday* |
| **Supervisor:** | ███ *45713)* | **Supervisor Review Date / Time:** | *04/18/2018 12:37:56, Wednesday* |
| **Contact:** | | **Reference:** | *Supplemental Report* |

NARRATIVE:

The purpose of this supplemental is to provide additional information to report 18-0426. The reporting parties for this supplemental wish to remain anonymous, because they fear for their safety. Both parties said they are worried the student (Jamie Tran) would kill them if he found out they spoke with police officers.

PARTY 1 told me the following in summary. PARTY 1 told me there was a male subject (Jaime Tran) who has had unusual behavior over the last few months. PARTY 1 said Tran has been known to awkwardly stare at other students for long periods of time (approximately 30 seconds). PARTY 1 said after Tran looks at everyone he grins. Tran has also pushed other student and touched other female students. PARTY 1 would not provide additional information about these incidents because he believed the information shared would reveal he spoke with an officer.

PARTY 2 stated he has been pushed by Tran but does not want to file a report.

At this time both PARTYS are concerned about Tran and think he would be the next active shooter. Tran has made comments on his snapchat that if the Koreans don`t stop, "he`ll go back to his old ways." Both parties are unsure what Tran meant but are concerned he would injury someone.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
RECORDS CHANGES NEEDED (additional/updated offenses, property, etc)

USAO_00000276

## CASE SUPPLEMENTAL REPORT

Printed: 02/16/2023  15:15

███ *Police Department*                                          OCA : ███

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OTHER*          **Case Mng Status:** *NON-CRIMINAL MATTER*          **Occured:** *02/28/2018*

**Offense:** *TMU INVESTIGATION*

**Investigator:** ███ *E. (55778)*          **Date / Time:** *05/16/2018 16:43:13, Wednesday*

**Supervisor:** ███ *R. (41223)*          **Supervisor Review Date / Time:** *05/22/2018 08:59:33, Tuesday*

**Contact:**                              **Reference:** *Detective Supplemental*

---

SUBJECT INFORMATION:
Jaime Thanh Tran
DOB: ███
Address: ███████, Los Angeles 90025 (Local)
███████, Fountain Valley, CA 92708 (Permanent)
███ 7264 (Cell Phone)
███ @gmail.com

SOURCE OF ACTIVITY:

On April 9, 2018, I, Det. ███ ███ #350, was assigned to the ███ Police Department`s Threat Management Unit. On that day, a group of students who wished to remain anonymous came to ███ and contacted Ofc. ███ #360 regarding Jaime Tran. They told Ofc. ███ that Tran acts in an odd manner, has pushed both of them and inappropriately touched females. They did not want to elaborate on the incidents for fear that Tran would find out who was talking about him and retaliate against them. The students said Tran had posted to SnapChat something to the effect of if the Koreans don`t stop, he`ll go back to his old ways. They did not know what he meant by it but took it as a threat based on his behaviors. The students told Ofc. ███ they believed Tran could be the next Active Shooter. Ofc. Hall completed a supplemental report regarding his contact.

I reviewed a previous report on Tran from February 28, 2018. The report was from Ofc. ███. Ofc. ███ contacted Tran after receiving a call from a ███ Crisis Counselor. The counselor said Tran was experiencing increasing paranoia over a group of female Persian students in his class. Tran had told the counselor one of the girls was an "ugly bitch" and said "God shouldn`t have made them. They are an evil race." The counselor said Tran had called into a hotline several times and seemed more paranoid each call.

Ofc. ███ contacted Tran at his apartment and interviewed him. Tran claimed the group of three women in his class were tormenting him over several months and he was tired of it. Tran said the women deliberately kicked his chair, whispered about him constantly, gave him evil stares and have followed him. Tran went to the University about them and got a no contact order against one of the women. Tran said he feels mental anguish over the treatment by the women.

Tran said since the no contact order, one of the women has delegated to other women to harass Tran. Tran told Ofc. ███ he wanted to "hurt" the women in his class. When Ofc. ███ questioned him on it, Tran said he wants to cause them the same mental torment they cause him and that he is not a "physical guy." Tran claimed he did not intend to physically harm anyone.
Tran told Ofc. ███ he is diagnosed with Depression and takes medication for that.

On April 10, 2018, I spoke to the three students alleged by Tran to have been harassing him. Summaries of their interviews are below.

USAO_00000277

**CASE SUPPLEMENTAL REPORT**    Printed: 02/16/2023 15:15

█████ *Police Department*    OCA : █████

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** *OTHER* | **Case Mng Status:** *NON-CRIMINAL MATTER* | | **Occured:** *02/28/2018* |
| **Offense:** *TMU INVESTIGATION* | | | |

| | | |
|---|---|---|
| **Investigator:** ████ *E. (55778)* | **Date / Time:** *05/16/2018 16:43:13, Wednesday* | |
| **Supervisor:** ████ *R. (41223)* | **Supervisor Review Date / Time:** *05/22/2018 08:59:33, Tuesday* | |
| **Contact:** | **Reference:** *Detective Supplemental* | |

M██ M███ - ████7445

M██ is classmates with Tran. Anything Tran saying about her harassing him is a complete lie. She has had almost zero interaction with Tran, either positive or negative. She is unsure if she has ever spoken to him. She has heard that he made racist comments on social media, however she is not friends with him on social media. She knows the other two women named , but does not believe either interacts with Tran. She was unaware that Tran was claiming she harassed him.

S██ Z████ - ████5549

S██, Tran and the other women are all second year students. S██ sits right behind Tran in lab. She has never spoken to him that she can recall. Tran seems to be a loner and does not really interact with anyone. She has never had any positive or negative interactions with Tran. S██ was unaware that Tran was claiming she harassed him.

S██ S██ ████7445

S██ said she was randomly contacted by Student Conduct and given a no contact order. S██ said she had never had contact with Tran before so she was surprised by the order, but signed it. She was told that Tran claimed her and her friends bothered him. S██ is not really friends with people in class because she is older, has children and often leaves quickly after school. She does not participate in social activities with the others. She was unsure how to act around Tran since she feels he is delusional. Tran seems like a loner. She has heard rumor that Tran posted racist and, possibly violent comments on social media. She feels unsafe because of his bizarre belief that she is talking about him and thinks he "might just go haywire one day." Her and her family are concerned for her safety and she feels it is harassing to her that Tran is making these claims about her. S██ was aware that Tran was focusing on her since she got the call from Student Conduct.

The case was turned over to the Consultation Response Team (CRT) for primary handling since they deal with students and student conduct issues, especially related to mental health issues.

During my investigation, I received a series of messages from ████ staff involved in Tran`s student conduct case. One of them was a description and a screen shot of a SnapChat message reported to be from Tran. The screen shot said, "Fucking little Jew boy. Fucking little white bitch. Fucking little immigrant jap backstab bitch. They gon take me back to my old ways."

In another series of screen shots of text messages from Tran, he is listing his grievances against named students in his class. He is listing each person and his perceived wrongs they have committed against him. In another screen shot, during a conversation with a student, Tran says he is a ticking time bomb.

On April 23, 2018, three students came to the police Department and met with Ofc. ████ and I. They expressed similar concerns about Tran and stated earlier that day, they got worried and left class. They left because Tran, who always sits alone in the front of the lecture hall, got up and exited a side door and then quickly reentered the room from a back door and slowly walked to the front of the room, while staring at all the students. The students said they thought it seemed like he was practicing for a school shooting. The students said they are all connected on

### CASE SUPPLEMENTAL REPORT

Printed: 02/16/2023  15:15

*Police Department*                                                    OCA: ▇▇▇

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *OTHER* | **Case Mng Status:** *NON-CRIMINAL MATTER* | **Occured:** *02/28/2018* |
| **Offense:** | *TMU INVESTIGATION* | | |

| | | | |
|---|---|---|---|
| **Investigator:** | ▇▇ *E. (55778)* | **Date / Time:** | *05/16/2018 16:43:13, Wednesday* |
| **Supervisor:** | ▇▇ *R. (41223)* | **Supervisor Review Date / Time:** | *05/22/2018 08:59:33, Tuesday* |
| **Contact:** | | **Reference:** | *Detective Supplemental* |

Facebook with Tran. They said he seems to be getting more and more isolated, even online as he is recently no longer friends with many he went to high school with.

On April 24, 2018, I met with ▇▇, the Dean of Students for Dental School. She told me several students have complained to her about Tran`s bizarre and escalating behaviors. Several students have claimed Tran started going out of his way to intentionally bump into them and push them. She said several of the students are so uncomfortable and scared of Tran`s bizarre behaviors that they stopped coming to class. While several have reported racist comments posted by Tran online and other actions that have taken place in class, they are afraid to be targeted by Tran and want to remain anonymous. ▇▇ said Tran seems to have completely isolated himself from almost the entire 87 people in his Dental School Class. She said when talking to Tran about it, he blames everyone else`s actions for causing that. She said students have been afraid to screen shot Trans angry messages on SnapChat because it alerts him which specific person took the screen shot.

On April 24, 2018, I contacted ▇▇ Hospital Security regarding a reported interaction they had with Tran. In early February, Tran was called in by several people when he was at the dental school lobby area. Tran had been on a phone call where he was screaming at the person on the phone. During this incident, Tran became upset and started flipping over chairs. Several people flagged down the security officer who was responding to the call to report Tran`s behavior.

Also on April 24, 2018, a student provided my two text screen shots and said Tran had started becoming more threatening towards students he perceived to be bothering him. In one message, Tran tells a student, "gtfo my front row." GTFO appears to be short for Get The Fuck Out. Tran commonly sits by himself in a front row. The student this was sent to moved seats. Another screen shot was Tran telling a fellow student, "Yo dude. Keep my name out your mouth." The student in question believes Tran thought he was talking about him to others.

During the investigation I received information Tran told campus officials that have been trying to work with him that he is no longer going to go to therapy sessions. In a text message screen shot, Tran states he hates the therapy sessions.

On April 25, 2018, at approximately 1245 hours, Det. ▇▇ #382 and I contacted Tran in Murphy Hall. We brought Tran to ▇▇ to interview him regarding all the issues detailed above. Tran was cooperative and spoke to us about the issues. In Summary, Tran said he had been harassed by a group of Persian girls in his class after he received a spot on a research team and one of them did not. Tran believed one of the girls stole his Graduated Cylinder from his work area and then later returned it to a common area without telling him. I asked Tran about stealing a student`s jar of teeth. Tran admitted to stealing the teeth, but said he made up for it by telling the person and returning them. Tran said he did it to get back at those who were tormenting him. However, Tran admitted the person who he stole the teeth from had nothing to do with sabotaging him. Tran said he needed to be more aggressive so he could do better in class.

I asked what would the next step would be if him being more aggressive did not put him back on top of his academics. Tran did not know what his next steps would be. I asked if he would escalate his intentional

**CASE SUPPLEMENTAL REPORT**                    Printed: 02/16/2023  15:15

███ *Police Department*                                    OCA: ███

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *OTHER*        **Case Mng Status:** *NON-CRIMINAL MATTER*        **Occured:** *02/28/2018*

**Offense:** *TMU INVESTIGATION*

**Investigator:** ███ *E. (55778)*        **Date / Time:** *05/16/2018 16:43:13, Wednesday*

**Supervisor:** ███ *R. (41223)*        **Supervisor Review Date / Time:** *05/22/2018 08:59:33, Tuesday*

**Contact:** ███        **Reference:** *Detective Supplemental*

bumping into people and pushing people, but Tran did not know.

Based on the numerous reports of Tran`s concerning behaviors from a wide cross-section of students, his increasing self-isolation, His discriminatory posts online, his delusional thoughts about what is being done against him, the list of grievances against students he made, his refusal to attend recommended therapy, and his escalation into minor assaults of fellow students, I believed Tran is a danger to others and needs further evaluation by medical staff.

5150 DETAINMENT:

At approximately 1340 hours, Det. ███ and I walked Tran to the ███ Emergency Room where I placed him on a 5150 WIC hold as a danger to others.  He was left in the care of medical staff.

ADDITIONAL INFORMATION:

I notified Lt. ███ that Tran was placed on a hold.  Lt. ███ coordinated with campus officials to ensure Tran`s car, which was parked in the Law School meters, did not accrue parking tickets.

USAO_00000280

**Exhibit 3**



This is from my interaction with him, right before our Oral Pathology final during the Winter 2018 quarter. He walked up to me in the Graduate Reading Room in the Biomedical Sciences Library unsolicited, and kicked my chair, and wordlessly walked away. This is from the following conversation:



USAO_00016759

# **Exhibit 4**

```
PAGE 01  02/17/23  17:23:17 ATDQ PRINT REQUESTED BY TERMINAL ATD1
TO: ATD1  FROM: CLETS                  02/17/23  17:23:12
4AEZAATD1R.IQ

RE: FQP.CAATFLAS1.REC/1861922200055.RT DATE: 2023-02-17 TIME: 17:23:12
MENTAL HEALTH FIREARMS PROHIBITION SYSTEM
**************************************************************************
ACCESS TO THIS DATABASE FOR ANY PURPOSE OTHER THAN A CRIMINAL
INVESTIGATION INVOLVING THE ACQUISITION, CARRYING, OR POSSESSION OF
FIREARMS IS UNAUTHORIZED AND PROHIBITED BY LAW

                    SEARCH ON RECORD REVEALS:
* SUBJECT MAY BE MENTAL HEALTH FIREARMS PROHIBITED PURSUANT TO
CALIFORNIA LAW *
**************************************************************************
RECORD NUM/131641287
NAM/TRAN,JAIME                      DOB/███████████
ADR██████████████████████████████
CTY/FOUNTAIN VALLEY   ZIP/█████████   ST/CA
SEX/M   RAC/A   HGT/     WGT/     HAI/    EYE/    POB/
*********************** OTHER NAMES/ID NUMBERS ************************
SOC/███████████████
*********************PROHIBITION REPORT************************
ORI/33V011 - ██████████ HOSPITAL   OCA/0011775
CONTACT/W████,J██████  TEL/████████8400 EXT████████
DATE RECEIVED/08-10-2019
DATE PROCESSED/08-10-2019
DATE PROHIBITED/08-09-2019
PROHIBITION/5150 - 5150 WIC 72 HOUR HOLD/ASSESSED DTSO
                    PROHIBITION EXPIRATION/09-09-2024

            *   *   *   END OF MESSAGE   *   *   *
```

```
PAGE 01  02/17/23  17:24:19 ATDQ PRINT REQUESTED BY TERMINAL ATD1
TO: ATD1  FROM: CLETS                02/17/23  17:24:16
4AEZAATD1S.IQ

RE: FQP.CAATFLAS1.REC/1861812300756.RT DATE: 2023-02-17 TIME: 17:24:16
MENTAL HEALTH FIREARMS PROHIBITION SYSTEM
*********************************************************************
ACCESS TO THIS DATABASE FOR ANY PURPOSE OTHER THAN A CRIMINAL
INVESTIGATION INVOLVING THE ACQUISITION, CARRYING, OR POSSESSION OF
FIREARMS IS UNAUTHORIZED AND PROHIBITED BY LAW

                    SEARCH ON RECORD REVEALS:
* SUBJECT MAY BE MENTAL HEALTH FIREARMS PROHIBITED PURSUANT TO
CALIFORNIA LAW *
*********************************************************************
RECORD NUM/131329288
NAM/TRAN,JAIME T              DOB/███████████
SEX/M  RAC/A  HGT/    WGT/    HAI/    EYE/    POB/
***********************PROHIBITION REPORT***************************
ORI/██████ - ████████ NEUROPSYCHIATRIC HOSPITAL AT ████  OCA/█████████
CONTACT/N████,M██████  TEL/████████5275
DATE RECEIVED/05-03-2018
DATE PROCESSED/05-03-2018
DATE PROHIBITED/05-02-2018
PROHIBITION/5250 - 5250 WIC - DTSO OR GRAVELY DISABLED
                 PROHIBITION EXPIRATION/LIFETIME

          *   *   *   END OF MESSAGE   *   *   *
```

USAO_00000006

```
PAGE 01  02/17/23  17:27:44 ATDQ PRINT REQUESTED BY TERMINAL ATD1
TO: ATD1  FROM: CLETS                    02/17/23  17:25:11
4AEZAATD1T.IQ

RE: FQP.CAATFLAS1.REC/1861811600798.RT DATE: 2023-02-17 TIME: 17:25:11
MENTAL HEALTH FIREARMS PROHIBITION SYSTEM
**********************************************************************
ACCESS TO THIS DATABASE FOR ANY PURPOSE OTHER THAN A CRIMINAL
INVESTIGATION INVOLVING THE ACQUISITION, CARRYING, OR POSSESSION OF
FIREARMS IS UNAUTHORIZED AND PROHIBITED BY LAW

                    SEARCH ON RECORD REVEALS:
* SUBJECT MAY BE MENTAL HEALTH FIREARMS PROHIBITED PURSUANT TO
CALIFORNIA LAW *
**********************************************************************
RECORD NUM/131324677
NAM/TRAN,JAIME T               DOB/█████████
SEX/M  RAC/A  HGT/    WGT/    HAI/    EYE/    POB/
***********************PROHIBITION REPORT***************************
ORI/█████ - █████████NEUROPSYCHIATRIC HOSPITAL AT ████  OCA/████████
CONTACT/N████,M█████  TEL/███████5275
DATE RECEIVED/04-26-2018
DATE PROCESSED/04-26-2018
DATE PROHIBITED/04-25-2018
PROHIBITION/5150 - 5150 WIC 72 HOUR HOLD/ASSESSED DTSO
                  PROHIBITION EXPIRATION/05-26-2023

            *   *   *   END OF MESSAGE   *   *   *
```

## Exhibit 5

Tran, Jaime T

| Date and Time | MSE MD Comment | User |
|---|---|---|
| 04/25/18 1543 | On hold for SI. Psych eval and dispo. | WRM |

## History

HPI
Jaime T Tran is a 23 y.o. male ██████████████████████████████████████████
███████ The patient notes that " I don't know why Im here. I guess I made some inappropriate commentt son social media. Racial slurs." ███████████████████████████████████████████
███████████████████████████████ Per review of the legal hold document, ███████ has collected evidence of disturbing recounts of gradually increasing erratic and bizarre behavior by the patient. Please refer to this document for details.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| | |

Review of Systems

## Physical Exam

Physical Exam

HENT:

Tran, Jaime T

Consultation

| ███ **Psychiatry Consultation 4/25/2018** | |
|---|---|
| Patient Name: | Jaime T Tran |
| Patient MRN: | |
| Date of Birth: | ███ |
| Patient Location: | |
| Date of Service: | 4/25/2018 |

**Requesting Physician:**
███

**Identifying Data / Chief Complaint:**
Jaime T Tran is a 23 y.o. male, 2nd year ███ dental student, ███ who was brought in on a 5150 hold for DTO by ███'s Threat Management Unit.

CC: "I need to know who is trying to sabotage me."

**History of Present Illness:**
Jaime T Tran is a 23 y.o. male ███ Patient is a second year dental student at ███

Patient reports that he was brought in by a detective for what he believes is a post he put up on Snap Chat a few months ago, with racist content. He states that he is being victimized by his classmates, and that this began around March 2017. He first reported it to the ███ student conduct office around December, and states that he was referred to ███ He went to ███ briefly around February 2018 and states "it was really helpful, it helped me get my academics back on track." He states that he no longer needs medication management or therapy as he is "back on track." He states that he is stunned he is here because he is a victim and the only acting out he has done has been "defensive." He states that specific classmates are harassing him, and he gives the example of someone "shoulder bumping me", following him around the library, giving him "evil stares." He states that they are jealous of his "position" in the class and that he is doing well. He states that he would like to know who reported him today, because he believes someone is sabotaging him by forcing him to miss classes. He states, "when things like this happen, it throws me off balance and it derails me." Reports, "I was doing well until this happened today." He states, "the whole system [academic system] does not make sense. I'm a top student, they should be protective of me as a good student." He denies any SI/HI, AH/VH, paranoia, delusions. He minimizes any symptoms of depression or anxiety. He states he has had "some depression" in the past, but when asked details like when they first started, how long they last for, etc, he then changes his mind and denies having any symptoms. Patient is superficially cooperative, able to sit and tolerate complete evaluation, but as soon as author is out of the room, he is seen pacing around the room.

Reports sleep is good, 6 hrs/night, appetite fair no change, energy is good, "but things like this really bring me down." He states that his academics were poor last winter but they have improved again recently.

Collateral obtained from hold paperwork from ███ which is scanned into the chart. It provides significant details of events that have transpired. To summarize: Feb 28 2018, ███ received call from ███ Crisis Counselor regarding a conversation with Tran in which he was discussing paranoia over a group of

Tran, Jaime T

**Consultation (continued)**

female Persian students in his class. He told the counselor one of the girls was an "ugly bitch" and "God shouldn't have made them. They are an evil race." He contacted ███ several other times and reportedly seemed increasingly paranoid. When ███ contacted Tran to follow up, he endorsed 3 women "tormenting" him, whispering about him, kicking his chair, staring at him with "evil stares." Tran got a no contact order against one of his classmates. He reported to the officer that he wanted to "hurt" the women in his class but that he denied physical harm but wanted to cause the "same mental torment they cause him." On April 21, 2018, three classmates came to ███ expressing concerns about his behavior in class- having left class at one point, then reentered from a back door "and slowly walked to the front of the room, while staring at all the students." Per the report, the students thought it seemed like he was practicing for a school shooting. Many classmates felt too nervous to return to class. The Dean of Students has also been made aware of his bizarre behaviors. Additionally, there have been screenshots of a message on Snapchat that said, "Fucking little Jew boy. Fucking little white bitch. Fucking little immigrant jap backstab bitch. They gon take me back to my old ways." He also sent a text message listing his grievances against named students in his class, and the perceived wrongs they have committed against him. Another was shown where he describes himself as a "ticking time bomb." Further details on text messages and reports can be seen in the original hold document (this is scanned into his chart).

Collateral information from ███
First visit with ███ was on 2/1, and during that visit he disclosed how he felt about these specific Persian classmates. He appeared paranoid at that time. Since then, he has also made multiple contacts with the conduct office on campus to report what he perceived as harassment from other students. He was seen by therapist ███ ┃ ███ He started calling protocol (the after hours line at ███ late February and "seemed quite flat, angry, and paranoid." He saw ███, psychiatrist at ███ and ███ He did not follow up with ███ and although they sent letters recommending he engage in treatment and stay on medication, he refused to come in for any further f/u. On 4/17 he called the hotline and was described as being very curt, rude, and demanding, but refused to follow up with ███ Reportedly the dental school admin is concerned as clinical would start over the summer, and they are unsure if he will be capable of taking care of other people.

**Collateral Contact Information:**

**Past Psychiatric History:**

He reports he has been diagnosed with depression and anxiety, minimizes and states he does not believe he has depressive symptoms, and that his anxiety "is normal, just like before tests."

**Exhibit 6**

**From:** ████████
**Sent:** Tuesday, May 15, 2018 8:45 AM PDT
**To:** Jaime Tran ████████████
**Subject:** Reminder: No contact with other dental students

Jaime:

This is a reminder that during the meeting on May 11 Dean ████████ gave you the explicit verbal directive not contact other dental students. It has come to my attention that you are continuing to email and text your classmates.  This is a violation of the Student Code of Conduct that must stop immediately.

████████

████████████
Associate Dean for Student Affairs
Division of Oral Biology and Medicine
████████

**From:** ▉▉▉▉▉
**Sent:** Wednesday, May 16, 2018 7:23 AM PDT
**To:** ▉▉▉▉
**Subject:** RE: Updates regarding a classmate

Thank you for forwarding this information.



Associate Dean for Student Affairs
Division of Oral Biology and Medicine

**From:** ▉▉▉▉▉▉▉
**Sent:** Tuesday, May 15, 2018 9:35 PM
**To:** ▉▉▉▉▉▉
**Subject:** Updates regarding a classmate

Dear ▉▉▉▉

Hope you are doing well. Thank you for updating us this morning on the situation regarding our classmate, Jaime Tran. I wanted to write you an email because a few people wanted me to report on their behalf.

Two current fourth year students approached me and said that Jaime Tran called them both yesterday (Monday, May 14th). I did not ask about the nature of their calls, but the two students wanted me to forward the screenshots to you as proof. They wished to remain anonymous, so here the screenshots as follows (names are blocked out for privacy):



USAO_00016805



Please let me know if you have any questions, and I can try to help with any way I can. I apologize if I have caused any inconvenience or trouble regarding this matter, and thank you sincerely for all your help.

All the best,

USAO_00016806

**From:** █████
**Sent:** Thursday, June 28, 2018 3:02 PM PDT
**To:** █████
**Subject:** RE: Jaime Tran

Hello █████,

Thank you for providing this information. I will manage this appropriately and without any use of your name as the source.

I hope that you are having an enjoyable and well-deserved quarter break.

Thanks again,
█████

█████

Associate Dean for Student Affairs
Division of Oral Biology and Medicine
█████

█████

Connect with us at Facebook, Twitter, and Instagram.

**From:** █████
**Sent:** Tuesday, June 26, 2018 11:42 PM
**To:** █████
**Subject:** Jaime Tran

Hi █████

After not having any contact what so ever with Jaime and never communicating with him on social media, he sent me a snapchat message out of the blue tonight. I opened it and took a picture of it with another phone as proof and have attached it to this email. He sent me a screenshot of an article headline stating "Trumps travel ban is upheld by the supreme court" referring to the travel ban on Iran and other muslim countries. I am not sure if he sent this to anyone else or if it was just sent to me. Other than being slightly disturbed by his message, I wanted to send this to you ASAP to make sure this gets seen and dealt with through the proper channels, as I remember you said that he is not to be in contact with anyone in our class. I did not respond and have blocked him from this app soon after I opened the message. Please let me know if there is anything else I should do.

Best,

█████

--
█████
*DDS Candidate | UCLA* █████
█████

USAO_00016868

## **Exhibit 7**



USAO_00000170



USAO_00000171



USAO_00000172



USAO_00000173



USAO_00000174





USAO_00000176



USAO_00000177



USAO_00000178



Date    Nov 25, 2022, 1:30 PM

🔒    Standard encryption (TLS)
Learn more

That Persian/Iranian Jew of the Class of 2020 made up a fake, bs disease (COVID) and based it on the anesthesia incident that I had with ▓▓▓▓▓▓▓

USAO_00000179

School of Dentistry ⟩ [ Inbox ]

**Jaime Tran** 1:30 PM

to ██████████████████████ .. ⌄

That Persian/Iranian Jew of the Class of 2020 made up a fake, bs disease (COVID) and based it on the anesthesia incident that I had with ██████████ and ██████████

**Jaime Tran** 1:34 PM

to ██████████████████████ . ⌄

That Persian/Iranian Jew of the Class of 2020 got his people to make up a fake, bs disease (COVID) and spammed it all over social media. He based it on the anesthesia incident that I had with ██████ ██████████

> On Nov 25, 2022, at 1:30 PM, Jaime Tran
< ██████████@gmail.com> wrote:
>
> That Persian/Iranian Jew of the Class of 2020 made up a fake, bs disease (COVID) and based it on the anesthesia incident that I had with ██████ ██████ and ██████████



USAO_00000181

**Exhibit 8**

Feb/21/2023 13:05:36 ▮ Police Dispatch ▮ ▮ 4/41

**UNIVERSITY POLICE DEPARTMENT**
**CRIME REPORT**

Report Number
ORI: CA0198200

On 7/3/2022, at approximately 1805 hours, Corporal ▮ and I were working for ▮ Police Department as uniformed patrol officers. We were dispatched to the area of ▮ regarding a man with a gun near the Engineering and Computer Science Building.

While en route, dispatch stated the suspect was a male Asian in his 20s with a black beard, a beige shirt, and a blue backpack near the Lost and Found Building.

Officer ▮ assisted us on the call.

Upon arrival, I observed a male Asian, later identified as Jaime Thanh Tran, DOB 5/29/1994, sitting on the staircase on the north side of the Engineering Technology Building. Officer ▮ and I deployed our department issued handguns, while Corporal ▮ deployed his department issued rifle (AR-15). We approached Tran with our weapons drawn and pointed at him. Officer ▮ gave verbal commands to Tran to put his hands in the air. I observed a black handgun in Tran's right hand and a black cell phone in his left hand. Officer ▮ gave verbal commands for Tran to drop the gun, and he complied. Officer ▮ told Tran to stand up and walk backwards towards us with his hands in the air.

Tran appeared disoriented and was not following commands properly. Tran was taking small steps while walking sideways towards us. Tran had his hands raised to the level of his head. Officer ▮ told Tran to get down on his knees facing away from us. Officer ▮ told Tran to lay down flat on his stomach with his arms out to the side; Tran complied with Officer ▮ Commands.

As we approached Tran, I put my handgun in its holster to place handcuffs on Tran's wrists. Officer ▮ and Corporal ▮ kept their weapons pointed at Tran. I placed handcuffs on Tran's wrists, checked them for tightness, and double locked them. I searched Tran for additional weapons and located none.

Corporal ▮ rendered the weapon safe by removing the magazine and locking the slide to the rear. When Corporal ▮ locked the slide to the rear, there was no bullet ejected from the chamber, which means there was no bullet chambered. The magazine Corporal ▮ removed from the handgun was loaded with nine bullets. Corporal ▮ gave the handgun and Tran's belongings to Officer ▮. Officer ▮ provided the serial number (BVDZ351) for a black Glock 23 subcompact semiautomatic, 40MM, 5th Generation handgun to University Police Department (UPD) dispatch to check for registration. The handgun returned with no record on file. Officer ▮ transported the handgun and Tran's property to UPD.

I put Tran in the back of my patrol vehicle, seat belted him in, and transported him to UPD. Upon arrival, Tran stated he was having trouble breathing. I placed Tran in the UPD holding cell # 33. I requested Long Beach Fire to respond to evaluate Tran. I asked Tran if he took any drugs, and he said he smoked marijuana. Corporal ▮ assisted Tran with blowing his nose and wiping mucus from his face. Corporal ▮ was able to talk to Tran through slowing his breathing down.

Long Beach Fire Engine and Rescue 22 responded at 1827 hours and evaluated Tran. Engine 22 determined there was nothing medically wrong with Tran and cleared him.

I read Tran his Miranda Rights from my department-issued field notebook. I asked Tran if he understood

University Police Department ▮

Page 3 of 5

Feb/21/2023 13:05:36    ██ Police Dispatch ██ █    5/41

**UNIVERSITY POLICE DEPARTMENT**
**CRIME REPORT**

Report Number

ORI: CA0198200

each of these rights that I had read to him. Tran stated, "yeah." I asked Tran if he wanted to tell me what happened. Tran stated the following:

Tran said he was carrying the handgun to protect himself. I asked who Tran needed protection from. Tran said he did not know. I asked Tran what he was planning on doing with the gun. Tran said "protect myself," "hurt some animals." I asked Tran if he wanted to hurt anyone. Tran said no. I asked Tran if he pointed the gun at anyone, and he said no. I asked Tran what kind of ammo he put in the gun. Tran said Federal, 40mm, 205 grain ammunition.

I ran Tran for wants and warrants through dispatch and he came back with none. I asked dispatch to conduct a criminal history check and it returned clear.

Officer ██████ gave me possession of the handgun and Tran's property. I kept the handgun in my possession and placed it in Temporary Evidence locker #8. Tran had a black bag containing a glass bong and $5.25 (1 $5 bill, 1 quarter) in US currency. The black bag had liquid spilled inside, so Corporal ██████ put the glass bong and currency in a brown paper bag. Corporal ██████ told Tran he threw the bag away and placed his belongings in a paper bag, which was later left in Tran's vehicle. I asked Tran if he drove to campus. Tran said he did, but he did not know where he parked. I asked Tran what color his Civic was, and he told me it was gray.

UPD dispatch advised us that Tran had a 2012 Honda Civic (CA LIC ██████) registered in his name.

I placed Tran in the back of my patrol vehicle and seat belted him in. While en route to the Long Beach Jail, I realized I forgot Tran's property at UPD and returned to retrieve it. While en route to UPD, Tran told us he had parked somewhere near the Engineering Building. Corporal ██████ requested Officers █y and ██████ to search near the Engineering Building and dispatch provided the license plate number. Officer █located Tran's vehicle parked on the north side of the Design Building in Lot E6. After retrieving Tran's property, we drove to Officer ██████s location. Officer ██████ placed Tran's paper bag on the front seat of Tran's vehicle. Corporal ██████ and I conducted a plain view search of the passenger compartment of Tran's vehicle. I opened the trunk and Corporal ██████ conducted a brief search of the trunk. Corporal ██████ was looking for additional weapons/ammunition in the vehicle. While Corporal ██████ was inspecting the trunk of Tran's vehicle, I asked Tran if he had any additional weapons in the trunk or car and he said no. Corporal ██████ closed the trunk and I locked Tran's vehicle.

Corporal ██████ and I transported Tran to Long Beach Jail where he was booked and housed for Penal Code 626.9(h) – carrying a loaded firearm on a college campus.

While at the jail, Corporal ██████ and I asked Tran where he got the gun. Tran told us, Texas because it was easier to buy it there. Corporal ██████ asked how much he bought the gun for. Tran told us about $600 or $700. I asked Tran if he slept in his vehicle on campus. Tran said he sleeps on campus on the weekends when there are fewer people around. I asked Tran what he did for work. Tran said he drives for Uber. I advised Tran that he would be restricted from the ██████ campus for the next seven days per PC 626.6. I told him if he returned to campus other than to retrieve his car, he would be arrested for trespassing. Tran stated he understood. I transferred custody of Tran (Booking #6411458) to the Long Beach Jail staff.

I removed the handgun and magazine from Temporary Evidence Locker #8 for photographs and booking. I booked items 1-3 into Temporary Evidence Locker # 8.



Page 4 of 5

Feb/21/2023 13:05:36          ▮ Police Dispatch ▮          6/41

**UNIVERSITY POLICE DEPARTMENT
CRIME REPORT**

Report Number

ORI: CA0198200

My investigation revealed Tran was in possession of a loaded firearm on a college campus, a violation of PC 626.9(h). Tran traveled out of state to purchase an off-roster handgun and transported it back to California with a high capacity magazine. Tran failed to register his firearm in California.

I request this report be forwarded to the detectives to seek the following additional charges:

PC 25850(c)(6) - Possessing a firearm not registered to the person,

PC 32310(a) - import a large capacity magazine into the state,

PC 32310(c) - Possessing a high capacity magazine.

### REPORTING OFFICER(S)

| Involvement Type | Officer Name / Badge No. | Involvement Date / Time |
|---|---|---|
| ASSISTING | ▮ 0064 | 07/03/2022 20:14:23 |
| REPORTING | ▮ 0111 | 07/03/2022 20:14:23 |
| APPROVING | ▮ 0065 | 07/05/2022 06:58:59 |
| ASSISTING | ▮ 0092 | 07/03/2022 18:00:00 |



USAO_00000455

**Exhibit 9**

████████████████ Serial 70

- 1 of 1 -

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    05/23/2023

    ERIC CELAYA, date of birth (DOB) ████ 1994, telephone number ████-6241, was interviewed at ███████████, Phoenix, AZ.  Also present at the interview were ATF Agents Denver Disotell and Greg Lipner.  After being advised of the identity of the interviewing Agents and the nature of the interview, CELAYA provided the following information:

    CELAYA recalled selling a Kahr Arms pistol and Zastava rifle to an individual in January of 2023.  CELAYA knew the individual, who CELAYA described as an Asian male, from a moving job CELAYA obtained through Craigslist. (Agent note: CELAYA was shown a photograph of JAIME TRAN, attached as a 1A, and immediately identified TRAN as the buyer of both weapons.  CELAYA stated he was 100% certain of the identification).  CELAYA knew TRAN was from California based on TRAN's license plate.

    TRAN contacted CELAYA via telephone, but CELAYA could not recall exactly when they spoke and he no longer had any messages.  CELAYA believed TRAN was using a TextNow number at the time.  TRAN knew from previous conversations that CELAYA bought and sold firearms.  TRAN asked CELAYA if he would be willing to purchase two firearms for TRAN.  TRAN knew the specific firearms as well as the cost of each, which made CELAYA assume that TRAN had previously gone to the store.  TRAN offered CELAYA $400 to purchase both firearms.  TRAN provided CELAYA with $1500 cash, which included $400 for Celaya to keep and $1100 to purchase the guns.  CELAYA went into Alpha Dog Firearms on Baseline Road and purchased both guns.  He then met up with TRAN near the store and provided both guns to TRAN.  TRAN did not go into the store with CELAYA.

    CELAYA later had second thoughts about purchasing the firearms for TRAN, but never asked TRAN any questions regarding why he wanted CELAYA to purchase the guns or what TRAN intended to do with them.  CELAYA was unaware that TRAN was a prohibited possessor at the time of the purchase.

    Agent note: Handwritten Notes are attached as a 1A.

Investigation on  05/22/2023  at  Phoenix, Arizona, United States (In Person)

File # ██████████                                           Date drafted  05/23/2023

by  Matthew Grimes, Cody Vaughn Bescript

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USAO_00016224

**Exhibit 10**

**Serial 81**

- 1 of 2 -

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry     08/29/2023

On August 2, 2023, Special Agent Cody Bescript completed an electronic review of JAIME TRAN's iPhone (evidence item 1B5 within this case file). Noteworthy findings with relevance to search warrants 23-MJ-00779 and 23-MJ-0834 pertaining to TRAN's electronic devices included the following:

1. Numerous messages from TRAN's phone number 714-277-7264 containing anti-semitic phrases like, "it's time to kill all Jews," "kill all Iranian Jews," "fucking Jew," "your country is getting destroyed," "nuke Israel," "die Jew," "fucking kill yourself Jew," "fuck you Jew," "Jewbag," "Jewbagel," "piece of shit Jew," "slit your throat you autistic Jew," "die bitch Jew," "stupid gay bitch queer Jew," "fucking ruined the Earth you fucking Jew," "I want you dead, Jew," "someone is going to kill you, Jew," "hahaha your country is burning you fucking Jew," "fuck your whole country Jew," "I hope you burn in an oven and melt you fucking Jewbag Jewbagel Jew," "cut your dick off and bleed to death you fucking Jew," "go die in a gas chamber you Jew," "should've been completely genocided in the Holocaust," "fucking retarded faggot Jew," "burn in hell you fucking Jew," "I hate you like fucking crazy you fucking stupid pathetic loser subhuman trash ugly disgusting worthless senseless Jew," "die you fucking faggot queer gay loser piece of shit Iranian Jew. No one Likes you or your entire kind. Go fucking kill yourself you worthless subhuman life form," and many more. TRAN also states in one instance for the recipient of his message to "burn in an oven chamber you bitch Jew," and attached a photo of what appears to be oven chambers.

2. Numerous threatening messages from TRAN stating to recipients he would kill them, bully them, or suggesting they kill themselves.

3. Numerous messages from TRAN inquiring about guns and ammo for sale, including asking about obtaining ghost guns, posting on Craisglist looking to buy or trade for firearms, and asking others to make firearms purchases for him in different states. TRAN also conveys to multiple individuals his own awareness of being unable to legally purchase firearms, asks about willingness to sell firearms without an FFL, and offers to pay more if no background check is done.

---

Investigation on  08/02/2023  at  Los Angeles, California, United States (In Person)

File #  _____                                              Date drafted  08/22/2023

by  Cody Vaughn Bescript

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Serial 81

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of (U) Review of Tran's iPhone 14 _____, On 08/02/2023 , Page 2 of 2

4. A conversation via the app TextMe on 1/19/2023 between TRAN and phone number ████2841 discussed meeting at 6pm at █████████████ Boulevard, Phoenix, Arizona, to make a firearms transaction involving a 550 9mm and an AR 15 556 for $1350. TRAN stated he did not have an Arizona license and the other individual said they did not care.

5. A conversation via the app TextMe on 1/19/2023 between TRAN and phone number ████6241 discussed meeting at ████████████, Suite A2, Tempe, Arizona 85283, at a store named Alpha Dogs Firearms to have the individual purchase firearms for TRAN. Firearms noted in the discussion included a Century Arms VSKA AK47 and a Kahr CT380. TRAN then sent a photo of a AK style rife labelled "Zastava" stating the individual can purchase this firearm instead of the Century Arms AK47. The individual notified TRAN he completed the purchase for a total of $1470.

6. Approximately 746 photos which included images of different firearms and attachments or ammunition; anti-semitic and racist pictures and rhetoric including Hitler and Swastikas; Jewish religious symbols; drug paraphernalia; and identification documents for TRAN.

7. Internet searches to include numerous anti-semitic and racist phrases including "Persian Jews," "Jews evil," and "how to identify a Jew;" firearms, ammo, attachments, dealers, straw purchases, and shipping including to different states; Jewish public figures; mass shootings and massacres; Jews being responsible for COVID; and many more.

8. GPS coordinates indicating TRAN's travel to Phoenix, Arizona between 1/18/2023 and 1/19/2023, as well as TRAN's travel in Southern California between 2/14/2023 and 2/17/2023.

USAO_00016384

**<u>Exhibit 11</u>**

████████████████  Serial 48

- 1 of 2 -

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry ___03/08/2023___

The following 1B items associated with this case file were reviewed for evidentiary value on the below specified dates:

1B29 (white iPhone 7): February 18, 2023

1B26 (Dell Laptop) and 1B27 (ASUS Laptop): March 6, 2023

1B28 (black AT&T Android cell phone) and 1B30 (blue/gray iPhone): March 7, 2023

The complete evidentiary extractions from these devices will be digitally attached to this case file as separate 1B's. Summaries of these items included the following information:

1B28 (black AT&T Android cell phone): Text messages and photographs to suggest this phone does not belong to JAIME TRAN, and location tags resolving to Los Angeles, California.

1B29 (white iPhone7): Numerous photographs of TRAN; hateful photos against Mexican people; user accounts identifying TRAN as the device's owner; web history of TRAN's Instagram account; multiple blocked contacts; and a time-stamped factory reset device event on 10/12/2021.

1B30 (blue/gray iPhone): [No evidentiary value]

1B26 (Dell Laptop): Potential browser activity indicating searches for popular handguns, most common handgun ammo, and 9mm ammo; numerous Google searches involving anti Asian hate; text documents with password lists; and a PDF document titled " Confessions of a Sociopath."

1B27 (ASUS Laptop): Browser history including "Jewish hate," rifles for sale, and "Persian Jew"; Google searches involving hunting rifles, the sandy hook shooting, the USC shooting, and multiple queries relating to Persian Jews (specific search terms included "I hate Persian guys," "brag about being Persian," "Persians stuck up," "I hate republicans," and "I hate white people"); a Skype account named "bigboijaime" with email address

---

Investigation on ___02/18/2023___ at ___Los Angeles, California, United States (In Person)___

File # ████████████ 

Date drafted ___03/07/2023___

by ___Cody Vaughn Bescript___

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**Exhibit 12**

- 1 of 2

FD-302 (Rev. 5-8-10)

OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

## FEDERAL BUREAU OF INVESTIGATION

Date of entry     07/30/2024

███████████████, phone number ███████████████, was interviewed telephonically. Present during the call were Special Agent Cody Bescript, Assistant United States Attorneys Frances Lewis and Kathrynne Seiden. After being advised of the identities of the interviewers and the nature of the interview, ████████ provided the following information:

████████ still thinks about the incident in which he was shot by JAIME TRAN daily and throughout each day. ████ is experiencing continuous physical pain in his lower back because of being shot. ████████ described his mixture of emotions after being shot as feeling fortunate and grateful for surviving, but simultaneously a combination of anger and sadness. ████████ also expressed feeling a sense of disillusionment, which he explained meant that he feels his trauma from the shooting incident is exacerbated by the civil unrest in the Jewish community after the attacks in Israel on October 7, 2023. The current political climate since then has heightened ████████ frustration as well as the Jewish community as a whole. However, ████████ anger has been turning into ambivalence lately due to his feeling of living in a country where the government does not care about punishing wrongdoers.

████████ noted feeling as though he does not have the same level of excitement about life as he did prior to being shot. ████ has been thinking about making some significant life changes, such as moving to Israel. ████████ said he does not feel welcome in this country and his community is not supported how he believes it should be. Although ████████ feels more cautious to identify outwardly as Jewish for these reasons, he still values being observant and does not want to hide.

████████'s hope was to see the maximum sentence time given to TRAN, and that he be put into a jail with murderers and attempted murderers, to include TRAN's cell mate. ████████ mentioned he does not want to feel like he was being used as a mouthpiece for the Jewish community by having his message broadcasted, for fear of being targeted further. ████████'s sentiments were this entire situation was sad for everyone involved, including TRAN and the other shooting victim. ████████ believed the situation as a whole was stupid and a waste of time, resources, and lives. ████████'s final statement

Investigation on   07/29/2024   at   Los Angeles, California, United States (Phone)

File #   44D-LA-3721815                                    Date drafted   07/29/2024

by   Cody Vaughn Bescript

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; and its contents are not to be distributed outside your agency.

USAO_035194

FD-302a (Rev. 5-8-10)

███████████

(U) Victim Impact Interview with Mr.

Continuation of FD-302 of ███████ _____, On  07/29/2024 , Page  2 of 2

was a term in Hebrew "Am Yisrael Chai," which he translated to meaning "the people of Israel are survivors." ███████ was thankful to be a survivor, but his frustrations with the justice system have led him to lack the motivation to share more of his opinion.

USAO_035195

**Exhibit 13**

**From:**
**To:**
**Subject:**    [EXTERNAL] Letter to the court
**Date:**    Monday, July 1, 2024 3:28:38 AM

Dear Judge,

I am reaching out to you to provide some explanations about what happened to me and what I felt.

Indeed, it was a terrible moment! As I was leaving my synagogue in the morning and walking peacefully, upon reaching the corner of Bedford St and Pickford St where there was a stop sign, I saw a car approaching from my right. I stopped to let it pass, and at that moment, I noticed a man with his head covered by a hood and wearing a COVID mask staring at me. Just as I sensed something suspicious, I instinctively moved aside—fortunately, this reflex gesture saved my life!

Shortly after, I heard three very loud gunshots, and the man sped away hastily down Bedford St.

Honestly, it all happened so quickly that I didn't fully grasp what was going on until passersby came to me and I realized my right arm was bleeding and my jacket was torn. Then, of course, the police arrived, followed by the ambulance and the hospital—everything felt surreal to me!

In the days that followed, especially at night, I kept reliving the scene over and over again. It lasted for several months—traumatized by replaying every second, every movement of the approaching car, the person staring at me, while the vehicle was about 2 meters away from me. I was wearing my yarmulke, and I kept asking myself: Why did I move at that moment? Why did I react like that? These questions remained unanswered, except perhaps, certainly even, "there was an angel with me at that moment!"

Later, I learned that the same man had shot another Jew in the back the day before.

I was advised to file a complaint against the city, but I refused! I was lucky to survive—what more could I ask for!

Even today, I still have visions or rather fears when I am on the street, crossing a street, or when a vehicle slows down in front of or near me.

That's all I can say. I am grateful that this person was arrested so that he won't harm anyone else for a very long time, I hope.

With all my respect for you and the court.

Sincerely,

**<u>Exhibit 14</u>**





