E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
FRANCES S. LEWIS (Cal. Bar No. 291005)
KATHRYNNE SEIDEN (Cal. Bar No. 310902)
Assistant United States Attorneys
Public Corruption and Civil Rights and
Terrorism and Export Crimes Sections
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4850/0631
     Facsimile: (213) 894-0141
     E-mail:    frances.lewis@usdoj.gov
                kathrynne.seiden@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:23-98-GW |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | **CURRENT DATE:**   8/19/2023<br>**PROPOSED DATE:**   9/30/2023 |
| JAIME TRAN, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Frances S. Lewis and Kathrynne Seiden, and defendant JAIME TRAN ("defendant"), by and through his counsel of record, Katherine T. Corrigan, hereby stipulate as follows:

1. Sentencing in this case was initially set for August 5, 2024.

2. Due to a medical emergency, defense counsel was unable to attend sentencing on August 5, 2024.

3. The Court continued sentencing to August 19, 2024, and ordered the parties to confer about their availability for a new sentencing date.

4. The parties are available for sentencing on September 30, 2024, at 10:00 a.m.

5. Therefore, for good cause shown, the parties respectfully request that the Court continue sentencing to September 30, 2024, at 10:00 a.m.

IT IS SO STIPULATED.

Dated: 8/9/2024                     Respectfully submitted,

                                    E. MARTIN ESTRADA
                                    United States Attorney

                                    CAMERON L. SCHROEDER
                                    Assistant United States Attorney
                                    Chief, National Security Division


                                     */s/ Frances S. Lewis*
                                    FRANCES S. LEWIS
                                    KATHRYNNE SEIDEN
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA


Dated: 8/9/2024
                                     */s/ Kate Corrigan (w/ email auth.)*
                                    KATE CORRIGAN
                                    Attorney for Defendant JAIME TRAN